The People of the State of New York,
against
Pablo Morales, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Steven J. Hornstein, J., at trial and sentencing; Shawn T. Kelly, J., at resentencing), rendered September 3, 2014, after a nonjury trial, convicting him of attempted criminal mischief in the fourth degree and criminal trespass in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Steven J. Hornstein, J., at trial and sentencing; Shawn T. Kelly, J., at resentencing), rendered September 3, 2014, affirmed.
The verdict was based on legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Defendant's lack of a license to enter the basement area of the house owned by members of his extended family, and defendant's knowledge that his entry was unlawful, were established by the testimony of both the owner of the house and the occupant of the first floor residence that defendant did not have permission to be in the house (see People v Singer, 121 AD3d 455, 455-456 [2014], lv denied 24 NY3d 1089 [2014]); as well as the totality of the circumstances (see People v Jackson, 118 AD3d 635 [2014], lv denied 24 NY3d 1044 [2014]; People v Midgette, 115 AD3d 603, 604 [2014], lv denied 23 NY3d 965 [2014]), including that defendant had been escorted off the property by police one day earlier, was not given permission to return, and that he gained entry by damaging the locked basement door with a stick (see People Dela Cruz, 162 AD2d 312, 313 [1990], lv denied 76 NY2d 892 [1990]).
Likewise, the credited evidence established that defendant had no right to damage the basement door "nor any reasonable ground to believe that he ... ha[d] such right" (Penal Law § 145.00; People v Jones, 39 Misc 3d 135[A], 2013 NY Slip Op 50588[U] [App Term, 1st Dept 2013], lv denied 21 NY3d 1005 [2013]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 20, 2017